BEFORE THE FIRST DIVISION, AUGUST 16, 1966

**No. P66/187.**—Sea Lanes Importing Corp. *v.* United States, protest 64/10093 (New York).

OLIVER, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain dice similar in all material respects to those the subject of *Ross Products, Inc., et al.* v. *United States* (44 Cust. Ct. 470, Abstract 64186), the claim of the plaintiff was sustained.

**No. P66/188.**—Monroe Fabricators, Inc. *v.* United States, protest 63/19679 (Los Angeles).

NICHOLS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rainwear similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 16, 1966

**No. P66/189.**—Empire Findings Co., Inc. *v.* United States, protest 65/23020 (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of stethoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.